UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLEO WILLIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06CV1515 JCH |
| | ) |
| ETHEL HEDGMAN LYE ACADEMY, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 7th day of December, 2006.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**